UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LaVERN KOERNER., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0024 (ESH) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Since it appears that plaintiff has filed a second Complaint that is substantially identical to the Complaint filed in Civil Action No. 05-1600, and since it appears that, as explained in the Court's December 28, 2005 Order, the Court lacks venue over these Complaints, the Court will order plaintiff to show cause on or before January 17, 2006, why the above-captioned matter should not also be dismissed without prejudice for lack of venue. Plaintiff is further informed that she may not continue to file additional complaints regarding this matter. Any subsequent Complaints will be dismissed *sua sponte*.

                                                                                                                                                                       s/
                                                              ELLEN SEGAL HUVELLE
                                                              United States District Judge

Date: January 10, 2006