UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LaVERN KOERNER., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0024 (ESH) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court is in receipt of plaintiff's Response to Order to Show Cause and Request for Leave to Amend Complaint, wherein plaintiff seeks to amend her complaint to raise claims seeking tort damages. The Court wishes the government to respond on or before January 26, 2006 to plaintiff's motion, including the issue of whether venue is proper in this jurisdiction.

                                s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 18, 2006