AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAVERN KOERNER
v.
UNITED STATES

**SUMMONS IN A CIVIL CASE**

CA

CASE NUMBER   1:06CV00024

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 01/6/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE NW
WASHINGTON D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

LAVERN KOERNER
5251 S. 50TH ST.
PHOENIX, AZ. 85044

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             JAN - 6 2005
CLERK                                   DATE

M. Higgins
(By) DEPUTY CLERK

UNITED STATES
POSTAL SERVICE

Label/Receipt Number: 7005 1820 0003 5721 2627
Status: Delivered

Your item was delivered at 4:51 am on January 19, 2006 in WASHINGTON, DC 20530.

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON, DC 20530

| | | |
|---|---|---|
| Postage | $ | 1.11 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.36 |

Postmark Here
01/12/06 USPS

Sent To: Alberto Gonzales
U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, June 2002

7005 1820 0003 5721 2627

Get current event information or updates for your item sent to you or others by email.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kenneth L. Wainstein
U.S. Attorney
District of Columbia
Civil Process Clerk
501 3rd St. N.W.
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) — C. Date of Delivery 1/19/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0003 5721 2610

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1820 0003 5721 2627

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.36 .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____       1/25/06
LaVern Koerner                  Date