AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAVERN KOERNER

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00024

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 01/6/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

LAVERN KOERNER
15251 S. 58TH ST.
PHOENIX, AZ. 85044

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN - 6 2005
DATE

M. Higgins
(By) DEPUTY CLERK

UNITED STATES
POSTAL SERVICE



Label/Receipt Number: 7005 1820 0003 5721 2627
Status: Delivered

Your item was delivered at 4:51 am on January 19, 2006 in WASHINGTON, DC 20530.

Get current event information or updates for your item sent to you or others by email.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kenneth L. Wainstein
U.S. Attorney
District of Columbia
Civil Process Clerk
501 3rd St NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 1/19/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 5721 2610

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1820 0003 5721 2610

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.36.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_LaVern Koerner_            1/25/06
LaVern Koerner            Date